**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Maricruz Clemens aka Maricruz Sanchez Mercado<br>&<br>Gary S. Clemens<br>　　　　Debtors | CHAPTER 13<br><br>BKY. NO. 15-18731 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esq**
　　　　　　　　　　　　　　　　　　Rebecca A Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　(215) 627-1322