**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                      : Chapter 13

Gary S. Clemens and Maricruz Clemens                        : Case No. 15−18731−amc
         Debtor(s)

### *ORDER*

_____

     AND NOW, this day , 21st March 2019 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

     ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                  By The Court

                  Ashely M. Chan
                  Judge , United States Bankruptcy Court