```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                      Case No. 15-18731-amc
Gary S. Clemens                                             Chapter 13
Maricruz Clemens
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD           Page 1 of 1              Date Rcvd: Mar 21, 2019
                              Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db/jdb         +Gary S. Clemens,    Maricruz Clemens,    347 W. Walnut Street,    Pottstown, PA 19464-6425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    Bank of America, NA paeb@fedphe.com
              JEROME B. BLANK    on behalf of Defendant    BANK OF AMERICA, N.A. paeb@fedphe.com
              JOSEPH L QUINN    on behalf of Plaintiff Maricruz  Clemens CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Debtor Gary S. Clemens CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Plaintiff Gary S. Clemens CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Joint Debtor Maricruz  Clemens CourtNotices@sjr-law.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                          : Chapter 13

Gary S. Clemens and Maricruz Clemens            : Case No. 15−18731−amc
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , 21st March 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

53
Form 195